*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOUTZ, MYERS, and KISOR
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Jeffrey D. NTIAMOA**
Private (E-1), U.S. Marine Corps
*Appellant*

**No. 202200064**

———————————————

Decided: 31 October 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Keaton H. Harrell (arraignment and motions)
Glen R. Hines (motions)
Nicholas S. Henry (trial)

Sentence adjudged 16 November 2021 by a general court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 345 days, forfeiture of $800.00 pay per month for five months, and a bad-conduct discharge.

For Appellant:
*Commander C. Eric Roper, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.